# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:24–cv–05206 |
| | Honorable Jeremy C. Daniel |
| Vega Capital London Limited | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2024:

    MINUTE entry before the Honorable Jeremy C. Daniel: Telephone status hearing held. Motion to quash [1] is entered and briefed as follows: response is due on or before 7/3/2024; any reply is due on or before 7/24/2024. Court will rule by mail. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.