# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**Case Title:** Shell Trading (U.S.) Company v. Vega Capital London Limited, et al.

**Case Number:** 1:24-cv-5206

An appearance is hereby filed by the undersigned as attorney for:

Respondents Vega Capital London Limited and Adrian Spires

**Attorney name (type or print):** Shawn Michael Taylor

**Firm:** Akerman LLP

**Street address:** 71 S. Wacker Drive, 47th Floor

**City/State/Zip:** Chicago, IL 60606

**Bar ID Number:** 6301013
(See item 3 in instructions)

**Telephone Number:** (312) 634-5700

**Email Address:** shawn.taylor@akerman.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

**Executed on** July 3, 2024

**Attorney signature:** S/ Shawn M. Taylor
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023