# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHELL TRADING (U.S.) COMPANY, *Movant*, v. VEGA CAPITAL LONDON LIMITED and ADRIAN SPIRES, *Respondents*. | Case No. 1:24-cv-5206 (Arising from Civil Case No. 1:20-cv-04577 in the United States District Court for the Northern District of Illinois) Hon. Manish S. Shah |

## DEFENDANTS VEGA CAPITAL LONDON LIMITED AND ADRIAN SPIRES' MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Pursuant to Local Rules 5.8 and 26.2, Defendants Vega Capital London Limited ("Vega") and Adrian Spires ("Spires") hereby move to file their Opposition to Shell Trading (U.S.) Company's Motion to Quash, their Declaration, and their accompanying Exhibits under seal. In support of the request, Vega and Spires state as follows:

1. Today, Vega and Spires are filing their Opposition to Shell Trading (U.S.) Company's Motion to Quash, which will be accompanied by a Declaration and fifteen supporting Exhibits. Some of the information referenced in Vega and Spires' Opposition, Declaration, and Exhibits has been marked by Shell Trading (U.S.) Company as Highly Confidential pursuant to the Stipulated Protective Order ("Protective Order"), entered by the Court in the related case, *Mish International Monetary, Inc. v. Vega Capital London Limited*, No. 1:24-cv-04577, ECF 24 at §§ 4.2, 4.3.

2. After consulting with counsel for Shell Trading (U.S.) Company, Vega and Spires will file a publicly-available Opposition, Declaration, and Exhibits with redactions of the material designated as Highly Confidential.

3. In accordance with Local Rule 26.2(c), an unredacted copy of the Opposition, Declaration, and Exhibits have been provisionally filed electronically under seal.

4. On the morning of July 2, 2024, Counsel for Vega and Spires emailed Counsel for Shell Trading (U.S.) Company and asked whether it consented to this motion to seal. Counsel for Vega and Spires received an automatic email notification that the lead counsel for Shell Trading (U.S.) Company will be traveling until July 8, 2024. As of the evening of July 3, 2024, Counsel for Vega and Spires had not received a response to the inquiry.

Defendants Vega Capital London Limited and Adrian Spires respectfully request that the Court grant their motion for leave to file their Opposition to Shell Trading (U.S.) Company's Motion to Quash, their Declaration, and their accompanying Exhibits under seal.

Dated: July 3, 2024

Respectfully submitted,

VEGA CAPITAL LONDON LIMITED
and ADRIAN SPIRES

By: */s/ Michael P. Kelly*
Michael P. Kelly
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 393-6222
michael.kelly@akerman.com

Shawn M. Taylor
AKERMAN LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
shawn.taylor@akerman.com

*Attorneys for Vega Capital London Limited and Adrian Spires*