| | |
|---|---|
| SHELL TRADING (U.S.) COMPANY, | |
| *Movant,* | Case No. 1:24-cv-5206 |
| v. | (Arising from Civil Case No. 1:20-cv-04577 in the United States District Court for the Northern District of Illinois) |
| VEGA CAPITAL LONDON LIMITED and ADRIAN SPIRES, | |
| *Respondents.* | Hon. Manish S. Shah |

## VEGA CAPITAL LONDON LIMITED AND ADRIAN SPIRES'
## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, July 11, 2024 at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish S. Shah at the Everett McKinley Dirksen U.S. Courthouse, Room 1919, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Defendants Vega Capital London Limited and Adrian Spires' Motion for Leave to File Certain Documents Under Seal.

This matter was initially assigned to the Honorable Jeremy C. Daniel. On Friday, June 28, 2024, pursuant to Local Rule 40.4, the Honorable Manish S. Shah granted an unopposed motion to reassign this action as a related matter to Case No. 1:20-cv-04577. *See Mish International Monetary Inc. v. Vega Capital London Limited*, Civil Action No 1:20-cv-04577, ECF 366. Pending confirmation of the reassignment by the Executive Committee of the Court, Defendants Vega Capital London Limited and Adrian Spires have noticed this motion for Judge Shah's calendar on July 11, 2024.

Dated: July 3, 2024

Respectfully submitted,

VEGA CAPITAL LONDON LIMITED
and ADRIAN SPIRES

By: */s/ Michael P. Kelly*
Michael P. Kelly
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 393-6222
michael.kelly@akerman.com

*Attorneys for Vega Capital London Limited*
*and Adrian Spires*

Shawn M. Taylor
AKERMAN LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
shawn.taylor@akerman.com