UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHELL TRADING (U.S.) COMPANY,<br><br>*Movant,*<br><br>v.<br><br>VEGA CAPITAL LONDON LIMITED and ADRIAN SPIRES,<br><br>*Respondents.* | Case No. 1:24-cv-5206<br><br>(Arising from Civil Case No. 1:20-cv-04577 in the United States District Court for the Northern District of Illinois)<br><br>Hon. Manish S. Shah |

### DECLARATION OF MICHAEL P. KELLY

I, Michael P. Kelly, hereby declare as follows:

1. I am an attorney with Akerman LLP and represent Vega Capital London Limited ("Vega") and Adrian Spires ("Spires") in the above captioned case.

2. This Declaration is made to authenticate documents that are attached as Exhibits to Vega and Spires' Opposition to Shell Trading (U.S.) Company's Motion to Quash.

3. Exhibit 1 is a true and correct copy of Exhibit 8.1 in support of Royal Dutch Shell plc's annual Form 20-F filing with the Securities and Exchange Commission ("SEC"), as maintained on the SEC's website. The exhibit can be found online at the following address: https://www.sec.gov/Archives/edgar/data/1306965/000130696521000025/a2020exhibits-81.htm (last visited on July 2, 2024).

4. Exhibit 2 is a true and correct copy of a document describing Shell Trading (U.S.) Company's business, as published on Shell's website. This document can be found online at the following address: https://www.shell.us/business-customers/trading/shell-trading-us-company.html (last visited on July 2, 2024).

1

2

5. Exhibit 3 is a true and correct copy of excerpts of a Form 20-F filed by Royal Dutch Shell plc ("Shell") with the SEC on March 11, 2021, as maintained on the SEC's website. The Form 20-F was prepared for the fiscal year ending December 31, 2020. The full Form 20-F filing can be located on the SEC's website at the following address: https://www.sec.gov/ix?doc=/Archives/edgar/data/1306965/000130696521000025/rdsa-20201231.htm (last visited on July 2, 2024).

6. Exhibit 4 is a true and correct copy of a press release issued by Shell on March 23, 2020 and entitled *Shell acts to reinforce business resilience and financial strength*, as maintained on Shell's website. The press release can be viewed on Shell's website at https://www.shell.com/news-and-insights/newsroom/news-and-media-releases/2020/shell-acts-to-reinforce-business-resilience-and-financial-strength.html (last visited on July 2, 2024).

7. Exhibit 5 is a true and correct copy of a press release issued by Shell on March 31, 2020 and entitled *Shell first quarter 2020 update note*, as maintained on Shell's website. The press release can be viewed on Shell's website at https://www.shell.com/news-and-insights/newsroom/news-and-media-releases/2020/shell-first-quarter-2020-update-note.html (last visited on July 2, 2024).

8. Exhibit 6 is a true and correct copy of ████████████████████
████████████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████

3

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████ Shell Trading (U.S.)

Company designated this email chain as Highly Confidential pursuant to the Protective Order.

9. Exhibit 7 is a true and correct copy of ████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████

10. Exhibit 8 is a true and correct copy of ████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████ Shell Trading (U.S.) Company designated

this email chain as Highly Confidential pursuant to the Protective Order.

11. Exhibit 9 is a true and correct copy of ████████████████████████

████████████████████████████████████████████ Shell Trading

(U.S.) Company designated this document as Highly Confidential pursuant to the Protective

Order.

12. Exhibit 10 is a true and correct copy of ████████████████████████

████████████████████████████████████████████ Shell Trading

(U.S.) Company designated this document as Highly Confidential pursuant to the Protective

Order.

13. Exhibit 11 is a true and correct copy of a transcript prepared by FD (Fair Disclosure) Wire concerning Royal Dutch Shell, plc's earnings call on April 30, 2020. The transcript is entitled *Q1 2020 Royal Dutch Shell PLC Earnings Call – Final.*

14. Exhibit 12 is a true and correct copy of a press release issued by the International Energy Agency ("IEA") on April 30, 2020, as maintained on the IEA's website. This press release can be viewed on IEA's website at the following address: https://www.iea.org/news/global-energy-demand-to-plunge-this-year-as-a-result-of-the-biggest-shock-since-the-second-world-war (last visited on July 2, 2024).

15. Exhibit 13 is a true and correct copy of a true and correct copy of a press release issued by Shell on April 30, 2020 and entitled *First Quarter 2020 Interim Dividend*, as maintained on Shell's website. The press release can be viewed on Shell's website at the following address: https://www.shell.com/investors/dividend-information/dividend-announcements/first-quarter-2020-interim-dividend.html (last visited on July 2, 2024).

16. Exhibit 14 is a true and correct copy of an article published by the Financial Times on April 30, 2020 and entitled *Shell cuts dividend for first time since second world war*. The author of the article is listed as Anjli Raval. The article can be found on the website of the Financial Times at the following address: https://www.ft.com/content/9e9419b9-63d7-4671-9dd5-527b57434777 (last visited on July 2, 2024).

17. Exhibit 15 is a true and correct copy of excerpts of the deposition transcript of Dr. Stephen Craig Pirrong on May 14 and 15, 2024 in Houston, Texas. While the parties initially marked the entirety of the transcript as Highly Confidential, following a motion from Vega and Spires, the Court entered an order removing the confidential designation of these five pages of

Dr. Pirrong's transcript. *Mish International Monetary Inc. v. Vega Capital London Ltd., et al.*, Civil Action No. 1:20-cv-04577, ECF 338.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2024.

                                                    /s/ Michael P. Kelly
                                                    Michael P. Kelly